PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Yodelkis Contreras            Case Number: 3:11-00128-01

Name of Sentencing Judicial Officer: Honorable Frank Montalvo, United States District Judge, WD/TX

Name of Current Judicial Officer: Honorable Aleta A. Trauger, United States District Judge

Date of Original Sentence: December 1, 2008

Original Offense: 21 U.S.C. § 841 and 846 Conspiracy to Possess with Intent to Distribute a Quantity of Marijuana > 100 kilograms

Original Sentence: 47 months' custody followed by four years' supervised release

Type of Supervision: Supervised release            Date Supervision Commenced: December 30, 2010

Assistant U.S. Attorney: To be determined            Defense Attorney: Isaiah S. Gant

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10th day of Jan., 2014,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Place            Nashville, Tennessee

Date            January 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On December 30, 2013, Mr. Contreras tested positive for cocaine use.

   Mr. Contreras reported to the probation office on December 30, 2013, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for cocaine. Mr. Contreras denied use. The specimen was sent to the laboratory for confirmation and was confirmed positive for cocaine.

**Compliance with Supervision Conditions and Prior Interventions:**

Yodelkis Contreras began his term of supervised release on December 30, 2010. His term of supervision is scheduled to expire on December 29, 2014. Jurisdiction was accepted from the Western District of Texas on July 11, 2011. Mr. Contreras was employed at Russell Landscaping Group, Inc., and he is now employed at MGM Industries.

The probation officer previously notified Your Honor on July 25, 2013, regarding Mr. Contreras using cocaine. He was referred to Centerstone Mental Health Center for substance abuse treatment. He is currently participating in group therapy through the Low Intensity Outpatient Program.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended that Mr. Contreras continue on supervised release with increased drug testing and to continue in substance abuse treatment at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer